December 11, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

NGOZI ORISAKWE IN HER CAPACITY AS PRESIDENT AND BOARD
CHAIR OF UMUADA IGBO IN DISPORA USA, INC., HOUSTON CHAPTER;
AND NGOZI ORISAKWE, INDIVIDUALLY, Appellants

NO. 14-14-00691-CV                     V.

BRIDGET B. AKAZIE, AGNES OLOLO COMMY AWAGWU AND JANE
DOE NOS. 1-20, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on February 4, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Ngozi Orisakwe in her capacity as President and Board Chair of Umuada Igbo in Dispora USA, Inc., Houston Chapter; and Ngozi Orisakwe, Individually, jointly and severally.

We further order this decision certified below for observance.